UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEDA GRAGOSSIAN,

        Plaintiff(s),

 vs.

CARDINAL HEALTH, INC., ET AL.,

        Defendant(s).

No. 08-mc-80081MHP

**ORDER DENYING MOTION TO QUASH SUBPOENA**

    Plaintiff brings *pro* se this motion to quash a subpoena served upon a third-party, Oracle Corporation. The problem is that the subpoena arises out of an action pending in the United States District Court for the Southern District of California, No. 07CV1818-H(LSP), in which the movant is the plaintiff and is represented by counsel. In that case, the Joint Rule 26(f) Report contemplates third-party subpoenas by defendant and the Case Management Conference Order Regulating Discovery, etc. specifically provides for referral of discovery disputes to the assigned Magistrate Judge.

    Although the target of the subpoena is a corporation having its principal place of business in the Northern District, the corporation is not moving to quash the subpoena; plaintiff in the Southern District action is. It appears that plaintiff is sidestepping the agreed upon discovery, the Orders of the Southern District and, perhaps, her own attorney by filing this motion in this District.

    For the foregoing reasons plaintiff's motion is DENIED without prejudice to raising the issue before the Court where her action is pending and without prejudice to the subpoenaed corporation moving before this court if the corporation deems it appropriate to so move.

Date: April 22, 2008

                            MARILYN HALL PATEL
                            United States District Court Judge
                            Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SEDA GRAGOSSIAN,

        Plaintiff,

v.

CARDINAL HEALTH INC et al,

        Defendant.
_____/

Case Number: CV08-80081 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Seda Gragossian  
839 Val Sereno Drive  
Encinitas, CA 92024

Scott McMillan  
McMillan Law Firm  
4670 Nebo Drive  
Suite 200  
La Mesa, CA. 91941

Lois M. Kosch  
Wilson Petty Kosmo and Turner  
550 West C Street  
San Diego, CA. 92101-3532

Dated: April 22, 2008

                                            Richard W. Wieking, Clerk  
                                            By: Anthony Bowser, Deputy Clerk